Bryant Joseph Filer
FULL NAME   IN PRO SE

_____
COMMITTED NAME (if different)

P.O. Box 7500 Pelican Bay State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION
5905 Lake Earl Drive
Crescent City, CA. 95531

V. 17377
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bryant Joseph Filer

                                    PLAINTIFF,

              v.

Elizabeth Macpherson          DEFENDANT(S).

CASE NUMBER
CV 16 - 03581 - DSF/DTB

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? ___one___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   a Retaliatorial lawsuit under the color of law.



LODGED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
Plaintiff _Bryant J. Filer_

Defendants _E. Hager._

b. Court _Eastern District of California United States District Court_

c. Docket or case number _1:12-CV-00980-GSA (PC)_

d. Name of judge to whom case was assigned _Gary S. Austin_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still pending_

f. Issues raised: _Retaliation  Pratt v. Rowland, 65 F.3d 802, 807 (9th Cir. 1995)_

g. Approximate date of filing lawsuit: _June 18, 2012_

h. Approximate date of disposition _N/A_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES   _Outside (Complaint) Not Institutional_

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☐ No  _N/A_

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No  _N/A_

If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes ☐ No  _N/A_

If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.  _N/A_

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Bryant Joseph Filer_
(print plaintiff's name)

who presently resides at _Pelican Bay State Prison_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Elizabeth MacPherson / West Covina, California._
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 2 of 6

on (date or dates) *THEFT* _____, _____, _____
                         (Claim I)      (Claim II)      (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  *Elizabeth MacPherson* _____ resides or works at
               (full name of first defendant)
    *1004 WEST COVINA PARKWAY #423, West Covina, CA. 91790*
    (full address of first defendant)
    *Bailbond Agent*
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

    Explain how this defendant was acting under color of law:  *N/A*
    *Defendant was plaintiff's power-of-Attorney*
    _____

2.  Defendant  _____ resides or works at
               (full name of first defendant)
    _____
    (full address of first defendant)
    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

3.  Defendant  _____ resides or works at
               (full name of first defendant)
    _____
    (full address of first defendant)
    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

---

**CIVIL RIGHTS COMPLAINT**

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

Defendant embezzled $50,000.00 from plaintiff. Defendant deprived plaintiff of property (Inheritance) Money that plaintiff received from his deceased father's estate. In violation of the Fifth Amendment rights.

Defendant was Plaintiff Power-of-Attorney and as plaintiff's acting-agent was to open bank account(s) and acquire Tax Lien Certificates for plaintiff.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant, after receiving plaintiff's $50,000 inheritance failed to carry out the feduciary duties as plaintiff's Power-of-Attorney by opening bank accounts in plaintiff's name instead deposited plaintiff's entire sum of $50,000.00 into her personal bank account.

When plaintiff attempted to contact defendant, via U.S. mail, plaintiff asked for the return of his money. Defendant called California Correctional Institution and spoke with Investigations officers J. Reimer and C. Williams and said she sent plaintiff $10,000 and now plaintiff is harassing her. The said officers advised that records show Defendant lied about the $10,000.00 deposit, however, plaintiff shall only contact Defendant via the courts even if she is plaintiff's Power-of-Attorney.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

E. **REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief: Wherefore, Plaintiff prays for relief as follows: 1) Issue a Judgement that the defendant's actions complained of herein violate plaintiff's rights under the California and U.S. constitution and as otherwise alleged herein;

    2) Award plaintiff the return of his $50,000.00, monetary damages, compensatory and punitive, in an amount to be determined at trial;

    3) Award plaintiff cost of suit and reasonable attorney's fees; and

    4) Grant plaintiff other and further relief as the court deems just and proper.

4-24-2016
_____
*(Date)*

_____
*(Signature of Plaintiff)*

Bryant J. Filer
V. 17377; A8-217
PELICAN BAY STATE PRISON
P.O. BOX 7500
Petitioner (Plaintiff) in Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Bryant J. Filer,
          Plaintiff (Principal)
          VS.

Elizabeth MacPherson
          Defendant

          (attorney-in-fact and)
          respondent

COMPLAINT FOR
DECLARATORY RELIEF
AND MONETARY DAMAGES
FROM THEFT

(CIVIL RIGHTS ACTION)

## I. INTRODUCTION

This is a civil rights complaint for declaratory relief and monetary damages brought over by violation of the legal rights of plaintiff by defendant, who was at the time of embezzeling plaintiff inheritance was plaintiff's Power-of-attorney (attorney-in-fact). Defendant embezzled $50,000.00 from plaintiff.

## II. JURISDICTION AND VENUE

1. This is a civil rights action to redress the deprivation of rights and immunities guaranteed by the Fifth Amendment of the United States Constitution. This Court has Jurisdiction pursuant to 28 §§ 1331 and 1343.

2. This court has Jurisdiction over plaintiff's action

1

1   for declaratory relief to 28 U.S.C. §2201 and Rule 57 of the
2   Federal Rules of Civil Procedure.

3        3. Venue is proper in Western District of California
4   under 28 U.S.C. 1391(b)(2) because a substantial part of
5   the events giving rise to the claim occurred at West
6   Covina, California in the County of Los Angeles, in the
7   Western District of California.

2

## II.
### PARTIES

4.  Petitioner, Bryant Joseph Filer, is a prisoner of the State of California, presently incarcerated at Pelican Bay State Prison in Cresent City, California.

5.  Respondent, Elizabeth MacPherson, is Power-of-attorney's (Attorney-in-Fact), owner and agent of Free Me Quick Bailbond 1004 West Covina Parkway, Suite 423, West Covina, California, 91790.

## III.
### STATEMENT OF FACTS

6.  After Los Angeles superior court Case No. BC496447 was finalized; regarding petitioner's father's estate's real estate, petitioner's brother Samuel Wayne Filer forwarded an escrow check of $52,640.67(1/6) of the sale of said real estate to petitioner at Kern Valley State Prison, dated 7/24/2013  Id.(see exhibit-B, attached hereto.)

7.  After receiving the funds in a cashier check in the above stated amount, petitioner forwarded the amount of $50,000.00 via a California State check via California State Treasury Bill Lockyer's office 9/10-2013 to respondent's bailbond office in West Covina, California with the understanding that $20,000.00 was to be allocated to respondent's personal bank

1 account for a Venture in Guadalajara, Mexico; (2) $20,000
2 for Petitioner's criminal case to be forwarded to Don
3 Randolph Esq. (3) and for Tax lien certificates to be
4 acquired by respondent for Petitioner as his "Acting
5
6 Agent in Business" as established by the California
7 Uniform Statutory form Power-of-attorney (see exhibit-c,
8 attached hereto)
9

10 8. In a letter dated July 27, 2013 via Certified Mail,
11 Respondent acknowledged petitioner's request that she pl-
12 ace $20,000 with Don Randolph's office also petitioner's
13 request for tax lien certificates. (See exhibit-D, attached
14 hereto.)

15 9. Respondent corresponded with petitioner in a letter
16 dated 9/23/13 via "Certified Mail" acknowledging that she
17 in fact received the $50,000 check from Kern Valley St-
18 ate Prison's accounting office, also that she has the Pow-
19 er-of-attorney. (see exhibit-D, Id.)

20 10. In the same letter dated 9/23/2013, respondent
21 stated Don Randolph will not be preparing, petitioner's
22 Writ of Habeas Corpus for petitioner's criminal conviction.
23 (see exhibit-E, attached hereto.)

24 11. Respondent corresponded with petitioner via "Certif-
25 ied Mail" dated 9/25/2013 and she placed two E-mail print
26 outs of exchanges between herself and her personal
27 banker of Wells Fargo bank one Letitia Michelle Ga-
28 rcia, in which Ms. Garcia states in said E-mails: "...
29 will be able to proceed to open the account for
30 Bryant Filer with third Party Power-of-Attorney."

4

(See exhibit - F, attached hereto.)

12.   Petitioner was notified by his religious teacher that a gift was sent to petitioner's power-of-attorney's office for petitioner in the form of two(2) seperate checks amounting to $550. (1) check #112 dated 9/18/2013 (2) check #1192 dated 11/11/2013 for $50.00 and $500.00 respectively. (See exhibit - G, attached hereto.)

13.   Petitioner inquired via U.S. Mail correspondence with respondent regarding petitioner's bank account statements, attorney referral and why had she not made petitioner aware of the $550.00 from Petitioner's religious teacher Maulana Qamar Hasan,. Respondent did not respond.

14.   Believing his funds have been misappropriated & under false pretenses, petitioner contacted the Wells Fargo personal banker of respondent concerning possible fraud and embezzlement by respondent and Letitia M. Garcia. Ms. Garcia did not reply.

15.   Wells Fargo Customer Correspondence representative Jason L. Neste replied to petitioner's second correspondence with attached "Proof-of-Service" to Letitia M. Garcia, stating: the check petitioner sent to respondent was found but was not deposited into any account for (Petitioner)'s benefit and a subpoena would be needed for any more de-

16. Petitioner corresponded with attorney Donald C. Randolph, the attorney respondent referred petitioner to and who's firm represented petitioner in the estate of his father, and whom petitioner wished to retain for his criminal conviction's Habeas Corpus, and petitioner explained to Don Randolph that respondent has misappropriated petitioner's funds and has also neglected her duties as stated in the Power-of-attorney agreement. Petitioner requested that the attorney please advise his client to return petitioner his $50,000.

17. Attorney Donald C. Randolph responded to petitioner's correspondence advising petitioner that the respondent is not his client as she claimed and that his firm has nothing to do with petitioner's power-of-attorney concerning respondent, therefore once the civil case BC496477 was dismissed attorney Don Randolph implied he knew nothing of the $20,000 respondent was suppose to forward to his firm, nor did he mention anything concerning any possible referral to a colleague as respondent claimed in the letter dated 9/23/2013 (at exhibit-e Id), concluding that petitioner has not retained his firm for any additional work. (see exhibit I, attached hereto)

18. Petitioner requested his new power-of-attorney one Lawanna Jake to attempt to locate his money via Wells Fargo personal banker Letitia M. Garcia and respondent.

19.   Lawanna Jake corresponded with petitioner via U.S. mail stating: " I just spoke with Ms. Garcia (626) 919.3221 and [respondent] never had proper I.d. for petitioner to open a bank account so the account(s) were not open.

20. Letitia M. Garcia stated to Lawanna Jake that she [Garcia] does not know respondent and that the check for $50,000 was not deposited at her location [Wells Fargo branch of West Covina, California], but at the Baldwin Park location at Baldwin Park Market Place, 14460 Merced avenue Suite 130, Baldwin Park, California 91706 (see exhibit - J, attached hereto.)

21.  Petitioner contacted the Franchise Tax Board the Internal Revenue Service after receiving notice by the California Department of Corrections and Rehabilitation regarding petitioner reporting interest earned and of any "important transaction" [that over $10,000] and explained in a business letter to each agency, respectively, that respondent has sent $50,000 via Kern Valley State Prison and Bill Lockyer's office at the State Treasury of California.

22. Respondent contacted California Correctional Institution, where petitioner was housed in March 2014, and spoke to Correctional officers J. Reimer and C. Williams of the Investigation Unit, after pet-

7

1  itioner sent correspondence to her bailbond office requ-
2  esting that respondent forward petitioner's remaining
3  $53,500 balance she was in possession of to his new
4  address at C.C.I. in Tehachapi, California. Respondent
5  told the officers that petitioner was harassing her.
6
7      23. April 2, 2014 Officer J. Reimer and C. Williams Int-
8  erviewed petitioner at his unit's dayroom table and expla-
9  ined of respondent's complaint of harassment.
10     24. Petitioner explained that respondent was his
11 Power-of-attorney and is attempting to embezzle $50,000
12 and petitioner only want his money returned to him.
13 Petitioner asked officer C. Williams to enter his cell
14 and retrieve tha draft of to the suit petitioner inten-
15 ded to file against respondent for embezzlement.
16 Officer C. Williams did as requested, and he and his
17 partner witnessed the draft.
18     25. J. Reimer mentioned that respondent may
19 be lying because she unprovokingly admitted to
20 the officer that she sent petitioner $10,000, which
21 J. Reimer said "is not true, we checked, however,
22 only contact her via the courts or a lawyer or we
23 have to come back out."
24     26. Petitioner agreed to only contact res-
25 pondent via an attorney or the courts. Petitioner has
26 exhausted all remedies in this matter.
27

27. Petitioner arranged for his God-Mother, Bo Money, to file this civil suit against defendant as plaintiff's acting-agent per Power-of-Attorney March 6, 2015 as notarized and recorded by Notary Public, Yvonne M. Shivers, Commission # 2088030 of Kern County.

28. Plaintiff revokes Bo Money's Power-of-Attorney, effective Immediately, due to a delay in filing suit against Elizabeth MacPherson for plaintiff's embezzled money.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays for relief as follows:

1. Issue a Judgement that the defendant's actions complained of herein violate plaintiff's rights under the U.S. constitution and as otherwise alleged herein;

2. Award plaintiff the return of his $50,000 [fifty-thousand dollars], monetary damages, compensatory and punitive, in an amount to be determined at trial;

3. Award plaintiff cost of suit and reasonable attorney's fees; and

4. Grant plaintiff ~~the costs of~~ other and further relief as the Court deems just and proper.

Date: 4-24-2016

Respectfully Submitted,

By: _Bryant J. File_
Bryant J. File
Petitioner (Plaintiff) in
Pro Se

## LIST OF EXHIBITS

EXHIBIT — A. Letter from Defendant to Attorney Don Randolph regarding Estate, death Certificate and check for attorney.

B. Check Receipt Plaintiff received from brother, and estate executioner.

C. Cancelled check defendant endorsed and cashed at Wells Fargo bank.

D. Defendant acknowledging Plaintiff's instructions to place $20,000 with attorney Don Randolph's office and request for Tax lien Certificates.

E. Defendant's letter stating Don Randolph will not take Petitioner's case.

F. Defendant's personal E-mails she sent to petitioner between Defendant and her personal banker concerning Plaintiff's/Petitioner's bank account(s).

G. Plaintiff's Seglio religious teacher's declaration of having sent Plaintiff's Power-of-Attorney (defendant) money for Plaintiff.

H. Wells Fargo's response (correspondence) with Plaintiff.

I. Attorney Don Randolph's letters, correspondence with petitioner/Plaintiff.

J. LaWanna Jake's declaration.

K. Defendant's last contact with Plaintiff, having sent a Christmas gift to the prison.

L. Revocation of Defendant's Power-of-Attorney.

M. Bo Money's revocation of Power-of-Attorney and declaration by plaintiff.

EXHIBIT - A

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
    If YES, enter delivery address below:   □ No

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise

CERTIFIED MAIL

7011 0762 0000 3146 5354

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

WEST COVINA CA
MAR - 5 2013
03/05/2013

Postage   $1.32
Certified Fee   $2.55
Return Receipt Fee
(Endorsement Required)   $0.00
Total Postage & Fees   $6.97

RANDOLPH ASSOCIATES
1717 4TH ST 3RD FL
STA MONICA, CA 90401

U.S. POSTAGE
WEST CO
MAR
AND

9040I
0001

CASHIER'S CHECK

0062700792

March 04, 2013

Office AU #   ..31-24
0000627        12(0(8)

Operator I.D.:  cu070951

cu070951

PAY TO THE ORDER OF

***RANDOLPH AND ASSOCIATES***
***RE:BRYANT FILER***

**$1,000.00**

***One thousand dollars and no cents***

WELLS FARGO BANK, N.A.
1000 LAKES DR
WEST COVINA, CA 91790
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 1,000.00

CONTROLLER

⑈006270079 2⑈  ⑆121000248⑆486⑆  5111459⑈

1   DANIEL G. McMEEKIN (Bar #94162)
    Law Office of Daniel G. McMeekin
2   Old Covina Bank Building
    101 N. Citrus, Suite 3A
3   Covina, CA 91723
    Telephone: (626) 331-0458
4   Facsimile: (626) 331-4618

5   Attorney for Plaintiff
    MYRNA JOYCE FILER

6

7         SUPERIOR COURT OF THE STATE OF CALIFORNIA

8             FOR THE COUNTY OF LOS ANGELES

9

10                          )  Case No.: BC 496447

11  MYRNA JOYCE FILER,       )
                             )  NOTICE OF PENDENCY OF ACTION
12        Plaintiff,         )  [Code Civ. Proc. §405.20]
                             )
13  vs.                      )
                             )
14  FELTON J. FILER, JR., SAMUEL W. FILER, )
    LENWOOD R. FILER, DERRICK L. FILER,  )
15  BRYANT J. FILER, AND ALL PERSONS    )
    UNKNOWN, CLAIMING ANY LEGAL OR   )
16  EQUITABLE RIGHT, TITLE, ESTATE,    )
    LIEN, OR INTEREST IN THE PROPERTY   )
17  DESCRIBED IN THE COMPLAINT      )
    ADVERSE TO PLAINTIFF'S TITLE, OR    )
18  ANY CLOUD ON PLAINTIFF'S TITLE    )
    THERETO and DOES 1 through 50, inclusive, )
19                             )
20        Defendant(s).       )
                             )
21

22

23

24         NOTICE IS GIVEN that the above-entitled action was filed in the above-entitled court on

December 11, 2012, by plaintiff MYRNA JOYCE FILER, against defendants FELTON J.
25
FILER, JR., SAMUEL W. FILER, LENWOOD R. FILER, DERRICK L. FILER, and BRYANT
26
J. FILER. The action affects title to specific real property as identified in the complaint.
27

28

                                   1

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

CERTIFICATE OF DEATH

3201419027562

1. NAME OF DECEDENT-FIRST: FELTON
2. MIDDLE: JOSEPH
3. LAST (FAMILY): FILER
5. AGE Yrs.: 86
6. SEX: M
4. DATE OF BIRTH mm/dd/ccyy: 09/04/1924

AKA, ALSO KNOWN AS: FELTON JOSEPH FILER SR

10. SOCIAL SECURITY NUMBER: 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
WIDOWED
06/22/2011
1951

RACE: BLACK

USUAL OCCUPATION: INSURANCE AGENT
KIND OF BUSINESS: INSURANCE
YEARS: 37

EDUCATION: SOME COLLEGE

RESIDENCE: 4327 10TH AVE
CITY: LOS ANGELES
COUNTY: LOS ANGELES
ZIP: 90008
YEARS IN COUNTY: 48
STATE: CALIFORNIA
3050 2ND AVE, LOS ANGELES, CA 90008

INFORMANT: SAMUEL WAYNE FILER, SON
LAST: FILER

SPOUSE/PARENT:
FATHER: VAVASSAIER FILER (LA)
MOTHER: VIOLET DAUPHINE (LA)

DISPOSITION DATE: 07/07/2011
PLACE OF FINAL DISPOSITION: HOLY CROSS CEMETERY
5835 W SLAUSON AVE, CULVER CITY, CA 90230
LICENSE NUMBER: EMBB759

TYPE OF DISPOSITION: BURIAL
EMBALMER: LISA ROJAS
FUNERAL ESTABLISHMENT: HOLY CROSS MORTUARY
FD1711
SIGNATURE OF LOCAL REGISTRAR: JONATHAN FIELDING, MD
07/06/2011

PLACE OF DEATH: VETERANS HOSPITAL
11301 WILSHIRE BOULEVARD
LOS ANGELES
CITY: WEST LOS ANGELES
2011-04302

CAUSE OF DEATH: DEFERRED

OTHER CONDITIONS: NONE

OPERATION PERFORMED: NO

CERTIFIER / CORONER: EVONNE D REED, DEPUTY CORONER
07/05/2011

*01000100182144*

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

DATE ISSUED



Case 2:16-cv-03581-DSF-DTB   Document 1   Filed 05/23/16   Page 23 of 47   Page ID #:23

Robert Joseph Fils
V-17377; B8-224
KERN VALLEY STATE PRISON
P.O. Box 5102
Delano, CA 93216-0800

Kern Valley State Prison
Facility B Building 8

BAKERSFIELD CA 933
MOJAVE CA
28 FEB 2016   PM 5 H

HENCEFORWARD
SHALL BE
EMANCIPATION
PROCLAMATION
ABRAHAM LINCOLN
FOREVER • • • USA

81790 12810

E. Macpherson
1004 West Covina Pkwy #423
West Covina, CA 91790

March 5, 2013

TO: Randolph and Associates

FM: Elizabeth MacPherson
C/O Bryant Joseph Filer

Don,

At Bryant Filer's request, enclosed please find a cashier's check in the amount of $1,000 payable to your office, along with a copy of the written request from Bryant Filer to me. Bryant would like his paperwork reviewed to see if he qualifies for an appeal on his criminal case. I believe that Bryant Filer has already contacted your office and spoke to "Liz". I was informed by Bryant that he would be following up with your office directly to confirm if your office has received the paperwork on his case which he has sent to you directly.
Bryant Filer also needs assistance with a probate issue. I have given Ann Marissa Cook some details but I am waiting to know if you can assist him with this issue and if you will need me to pick up copies from the Civil Court house. (Attached is what I received from Filer on the Probate case)
If you should have any questions, please feel free to contact me directly.

Thank you.

Elizabeth MacPherson

PAID
CK. NO. 01062700792
DATE 3-4-13

EXHIBIT - B

DATE 7-24-13 AMT $3,640.67
_____ Envious Clock
M.O. _____ PERS. CK. _____
STAMPS ___ NO LETTER _ PAPER _
CDC 106 _____ ENV. ___ OTH ___
INITIALS _____ PICS ___

3850 2nd Ave.
Los Angeles CA.
90008-1902

Bryant J. Filer
V-17377, ASU-1-A-104
KVSP
P.O. Box 5107
Delano, CA. 93216

CERTIFIED MAIL

7012 2210 0000 4016 5731



Type:2 Fund:198 Serial:238410 Disp:1 PayAmount:5000000 SourceType:1 Batch:0 ItemsInBatch:30 Amount:$50,000.00
Date:09/25/2013 NoteID:- Sequence:4119287010 BOFDDATE:20130924 BOFDSEQ:2047187773 BOFDTR:122105278 xRetCODE:-

Date\Time: 10/9/2013 10:34:28 AM
Institution: KVSP

**CDCR**
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| V17377 | FILER, BRYANT | KVSP | Z01001D1 | 137001 |

Current Available Balance:        $3,959.34

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| | | | | | | $54,015.21 |
| 09/01/2013 | KVSP | BEGINNING BALANCE | | | | |
| 09/10/2013 | KVSP | INTEREST | 8/13@.271 PER ANNUM | | $10.81 | $54,026.02 |
| 09/10/2013 | KVSP | INMATE VOLUNTARY WITHDRAWAL | TWO7/31/13 SAVINGS | 238410 | ($50,000.00) | $4,026.02 |
| 09/13/2013 | KVSP | SHIPPING CHARGES DUE STATE | UPS7/31/13ENT9/13 | | ($6.11) | $4,019.91 |
| 09/19/2013 | KVSP | SALES | 29 | | ($54.97) | $3,964.94 |
| 09/19/2013 | KVSP | LEGAL COPY | LCOPY9/16/13ENT9/19 | | ($0.20) | $3,964.74 |
| 10/03/2013 | KVSP | LEGAL COPY | LCOPY9/19/13ENT10/3 | | ($3.20) | $3,961.54 |
| 10/08/2013 | KVSP | INTEREST | 9/13@.257 PER ANNUM | | $3.80 | $3,965.34 |
| 10/08/2013 | KVSP | LEGAL COPY | LCOPY10/4/13ENT10/08 | | ($6.00) | $3,959.34 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | **No information was found for the given criteria.** | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| | | **No information was found for the given criteria.** | | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA213135 | Fullfilled | $200.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT - C

LAW OFFICES

RANDOLPH & ASSOCIATES

1717 FOURTH STREET

THIRD FLOOR

SANTA MONICA, CALIFORNIA 90401-3319

TELEPHONE
(310) 395-7900
(800) 953-4500

FACSIMILE
(310) 395-1833
www.randolphassociates.com

February 10, 2014

**VIA U.S. MAIL**
Mr. Bryant Filer
CDCR # V17377; ASV 1-146
Kern Valley State Prison
P.O. Box 5107
Delano, CA 93216-6000

Re: <u>**Bryant Filer**</u>

Dear Mr. Filer:

I am in receipt of your correspondence, containing a proof of service dated January 24, 2014. I respond to your letter as follows:

First, in your letter, you refer to Elizabeth MacPherson ("Ms. MacPherson") as my client in connection with your power of attorney. Please be advised that Ms. MacPherson is not my client. Further, my office had no involvement in your power of attorney with Ms. MacPherson.

Second, my firm's only involvement with you involved protecting your interests in Los Angeles Superior Court case number BC496447, which case was dismissed, and performing a preliminary assessment of the status of your criminal convictions pursuant to your appellate inquiries.

Third, under your direction, our office was paid through funds forwarded by Ms. MacPherson. In total, you paid the sum of $3,100 to my firm.

Finally, at this time, my firm has not been retained by you to perform any additional work; thus, we are not doing any other work for you. Please advise if your understanding is different in this regard.

Very truly yours,

Donald C. Randolph

Enclosures

LAW OFFICES

RANDOLPH & ASSOCIATES
1717 FOURTH STREET
THIRD FLOOR
SANTA MONICA, CALIFORNIA 90401-3319

TELEPHONE
(310) 395-7900
(800) 953-4500

FACSIMILE
(310) 395-1833
www.randolphassociates.com

April 19, 2013

Via U.S. Mail
Mr. Bryant Filer
CDCR # V17377; B8-224
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216-6000

Re:     Filer v. Filer, et al.
        LASC Case No.: BC496447

Dear Mr. Filer:

I am writing to advise you of the following in connection with the above-captioned matter:

First, pursuant to your request, we have communicated with plaintiff's counsel, Dan McMeekin, regarding the complaint for partition that he filed in this matter. Just yesterday, Mr. McMeekin communicated to our office that he served with you the summons and complaint on February 21, 2013. Up until yesterday, Mr. McMeekin failed to confirm that you had been properly served with the complaint in this matter.

Second, based on Mr. McMeekin's representations to our office, we recommend that you retain our firm to file an answer on your behalf, appear at the hearing on April 29, 2013, and monitor, generally, the status of the case for you. To retain our firm in accordance with California law, you must execute a written retainer agreement with our firm. To this end, enclosed please find a retainer agreement, which you must sign and return to our office. We are happy to review the terms of the agreement with you, and we request that you call our office in this regard. Given that the hearing is scheduled for April 29, 2013, it is important that you contact our firm to handle this matter as soon as reasonably possible.

We look forward to hearing from you.

Very truly yours,

Donald C. Randolph

cc:     Elizabeth MacPherson

EXHIBIT — J

## DECLARATION

I, Lawana Jake, declare as follows:

1. On March 28, 2016, I called the West Covina Branch of Wells Fargo Bank @ (626) 919-3221, and spoke with personal banker, Leticia Michelle Garcia, in regards to an account I was told had been opened up in the name of "Bryant Filer" by Mr. Filer's Power of Attorney, Elizabeth Macpherson.

2. Ms. Garcia informed me that she does not know Elizabeth Macpherson, and that she was just a customer that came into the bank to make a transaction. Elizabeth Macpherson did not have the proper identification to open up an account on that occasion, however, and no longer visits the West Covina Branch. As such, no account was opened at the West Covina Branch in the name of Bryant Filer.

3. Ms. Garcia went on to inform me that Elizabeth Macpherson did in fact inquire about Bryant Filer at the time she visited the West Covina Branch with respect to depositing Bryant Filer's check in his name. Ms. Garcia confirmed to me that a check in the name of Bryant Filer was in fact deposited at the Baldwin Park Branch of Wells Fargo Bank located @ 14460 Merced Ave. Suite 130, Baldwin Park, CA. 91706.

I, Lawana Jake, declare under the penalty of perjury that the foregoing is true and correct.

Dated: 4-11-16

Lawana Jake, Declarant

EXHIBIT - K

# BARNES&NOBLE.com

## www.bn.com

| Sold To: | Ship To: | Customer Service: |
|---|---|---|
| Elizabeth MacPherson<br>Free Me quick Bail Bonds<br>1004 West Covina<br>WEST COVINA, CA<br>91790<br>United States of America | Bryant Joseph Filer-V17377<br>ASU-1-137<br>PO Box 5107<br>DELANO, CA<br>93216-5017<br>United States of America | 1-800-THE-BOOK<br>service@barnesandnoble.com<br><br>Shipping Method:<br><br>B&N.com USPS Priority EVS |

Order #: 700925481

Order Date: 12/23/13

| Qty | Description | Item # | Our Price | Total |
|---|---|---|---|---|
| 1 | El Libro De Calo | 9780915745685 | 21.61 | 21.61 |

ISSUED ON 1/15/14

X *[signature]*

Please note - CA state sales tax
was collected on this order.

---

If you are not satisfied with your order, you may return it within 14 days of the delivery date. For your convenience, items may be returned to the address on the packing slip or returned to your local Barnes & Noble store (check the local store refund policy for details).
Postage is not refundable.

Choose a return reason below and include this slip with the item in your package. Please cut out label on the dotted line and affix to carton being returned.

☐ Wrong Quantity

☐ Defective or Damaged in Transit

☐ Wrong Merchandise Received

☐ Other (please explain)

Pay Method:   MC

Credit Card #:   6672

**From:**

Order #:
700925481

Bryant Joseph Filer-V17377
ASU-1-137
PO Box 5107
DELANO, CA
93216-5017
United States of America

**To:**
BARNES AND NOBLE.COM
RETURNS CENTER
1 BARNES AND NOBLE WAY
MONROE TOWNSHIP
NJ  08831-3417

0000038808206565 3266

EXHIBIT — L

RECORDING REQUESTED BY AND

WHEN COMPLETED MAIL TO:

NAME Bo Money
STREET 5543 Buffalo Avenue
ADDRESS 5543
CITY, STATE Sherman Oaks, California, 91401-

*(Space above is for Recorder's Use)*

## REVOCATION OF POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the __Durable__ Power of Attorney executed by __Bryant Files__ on the __15__ day of __May__, 20 __13__ ~~and recorded in Book~~ _____, ~~at Page~~ _____ ~~of~~ _____ ~~of~~ __Kern__ County, State of __California__ by which __Bryant Files__ constituted __Elizabeth MacPherson__ Attorney for the purpose in said Power of Attorney set forth, is hereby wholly revoked, cancelled and annulled.

IN WITNESS WHEREOF, _____ ha_____ hereunto set _____

hand _____ and, seal _____ this _____ day of

_____, 20_____.


Signed, Sealed and Delivered in the Presence of

_____ / _____ (Seal)

_____ / _____ (Seal)

State of California
                    ss.        / _____ (Seal)

County of _____

On _____, before me, the undersigned, a Notary Public

in and for said State, personally appeared _____

KNOWN TO ME TO BE THE PERSON(S) whose name(S) subscribed to therewith

instrument and acknowledged that _____ Executed the same.

EXHIBIT — M

Recording Requested By

And when recorded mail to:

┌ ⌐
Name

Street
Address

City
State
Zip

└ ⌐

Space above this line for recorder's use

WOLCOTTS FORMS, INC.                                                                        SINCE 1893

# Power of Attorney

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT MAY BE BROAD AND SWEEPING. THIS DOCUMENT IS NOT INTENDED TO AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH-CARE DECISIONS FOR YOU. IF YOU WISH TO DO SO, FORM #1401 IS DESIGNED FOR THAT PURPOSE. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO (FORM #1404).

I/We, BRYANT JOSEPH FILER

24900 HWY 202 , TEHACHAPI, CALIFORNIA 93581

NAME AND ADDRESS

the undersigned (jointly or severally, if more than one) appoint BO MONEY, 5543 BUFFALO

AVE. , SHERMAN OAK , CALIFORNIA , 91401

NAME AND ADDRESS OF THE PERSON APPOINTED

as my AGENT (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

## Initialing Instructions:

- Initial options (A) through (O) as appropriate. If you wish to include ALL options, you need only to initial option (P).
- If you wish to limit this power of attorney to a specific option or transaction select option (Q) and provide written instructions in the space provided below.
- If you select option (R) this becomes a general power of attorney (granting the broadest powers as allowed by law) except those powers that require a specific legal document by law, i.e.: A Medical Power of Attorney.

| INITIAL | | INITIAL | |
|---|---|---|---|
| ____(A) | Real Property Transactions. | ____(L) | Retirement Plan Transactions. |
| ____(B) | Tangible Personal Property Transactions. | ____(M) | Tax Matters. |
| ____(C) | Stock And Bond Transactions. | ____(N) | Making Gifts To My Spouse, Children, And More |
| ____(D) | Commodity And Option Transactions. | | Remote Descendants, And Parents, Not To Exceed |
| ____(E) | Banking And Other Financial Transactions. | | In The Aggregate $10,000 To Each Of Such |
| ____(F) | Business Operating Transactions. | | Persons In Any Year. |
| ____(G) | Insurance And Annuity Transactions. | ____(O) | Full And Unqualified Authority To My Attorney(s)-In- |
| ____(H) | Estate, Trust, And Other Beneficiary | | Fact To Delegate Any Or All Of The Foregoing |
| ____(I) | Transactions | | Powers To Any Person Or Persons Whom My |
| ____(J) | Claims And Litigation. | | Attorney(s)-In-Fact Shall Select. |
| ____(K) | Personal And Family Maintenance. | BJF (P) | ALL THE POWERS LISTED ABOVE. |
| | Benefits From Social Security, Medicare, | ____(Q) | ONLY THE POWERS SPECIFIED IN SPECIAL |
| | Medicaid Or Other Governmental Programs Or | | INSTRUCTIONS ON PAGE 2. |
| | Civil Or Military Service. | | |

____(R)  ALL POWERS EXCEPT MEDICAL (GENERAL POWER OF ATTORNEY)
YOU NEED NOT INITIAL ANY OTHER OPTIONS IF YOU INITIAL OPTION (P) or (Q) or (R).

Wolcotts Forms, our resellers and agents make no representations or warranty, express or implied, as to the fitness of this form for any specific use or purpose. If you have any question, it is always best to consult a qualified attorney before using this or any legal document. ©2007 WOLCOTTS FORMS, INC.



7  67775 01410  5
#1410          REV. 11-07

**Special Instructions:**

On the following lines you may give special instructions limiting or extending the powers granted to your AGENT.

I hereby instruct, Bo Money, MY acting agent per this power-of-Attorney document, to act on MY behalf regarding any and all litigation against Elizabeth MacPherson concerning Embezzling MY FUNDS.

*To indicate when this document shall become effective, initial one of the following:*

_BJF_ **(A)** This document shall become effective upon the date of my signature.

_____ **(B)** This document shall become effective on _____.
                                                                                                   DATE

_____ **(C)** This document shall become effective upon the date of my disability and shall not otherwise
          be affected by my disability. **(Springing)**

*Initial one of the following only, if you have initialed (a) or (b) above:*

_BJF_  This document shall not be affected by my subsequent disability. **(Durable)**

_____  This document shall be revoked by my subsequent disability. **(Non-Durable)**

*If you want to limit the term of this document, initial one of the following:*

_____ This document shall only continue in effect for _____ ☐ years or ☐ months. **(Limited)**

_____ This document shall terminate on _____. **(Limited)**
                                                                                            DATE
If I have initialed option (c) and I have become incapacitated, during the term of this document, the time limitations
above shall be null and void.

**Unless you direct otherwise above, this power of attorney is effective immediately and will continue until
it is revoked. If either of the durable or springing paragraphs is initialed then the notice to persons
executing durable power of attorney below applies.**

## NOTICE TO PERSON EXECUTING DURABLE POWER OF ATTORNEY

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are
authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should
know these important facts:

Your AGENT (attorney-in-fact) has no duty to act unless you and your AGENT agree otherwise in writing.

This document gives your AGENT the powers to manage, dispose of, sell, and convey your real and personal
property, and to use your property as security if your AGENT borrows money on your behalf. This document does
not give your AGENT the power to accept or receive any of your property, in trust or otherwise, as a gift, unless
you specifically authorize the AGENT to accept or receive a gift.

Your AGENT will have the right to receive reasonable payment for services provided under this durable power of
attorney unless you provide otherwise in this power of attorney.

The powers you give your AGENT will continue to exist for your entire lifetime, unless you state that the durable
power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of
attorney. The powers you give your AGENT in this durable power of attorney will continue to exist even if you can
no longer make your own decisions respecting the management of your property.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by
executing an amendment through the same formalities as an original. You have the right to revoke or terminate
this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two
witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2)
the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real
property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give
your AGENT the right to deal with property that you now have or might acquire in the future. The durable power of
attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then
you should obtain the assistance of an attorney or other qualified person.

**You may designate an alternate AGENT (attorney-in-fact). Any alternate you designate will be able to exercise the same powers as the AGENT(S) you named at the beginning of this document. If you wish to designate an alternate or alternates, complete the following:**

If the AGENT(S) named at the beginning of this document is unable or unwilling to serve or continue to serve, then I appoint the following AGENT(S) to serve with the same powers:

Name(s) of first alternate AGENT(S): _____

_____
ADDRESS OF THE FIRST ALTERNATE AGENT(S)

Name(s) of second alternate AGENT(S): _____

_____
ADDRESS OF THE SECOND ALTERNATE AGENT(S)

*IF YOU HAVE APPOINTED MORE THAN ONE AGENT, CHECK ONE OF THE FOLLOWING:*
❑ Each AGENT may exercise the powers conferred separately, without the consent of any other AGENT.
❑ All AGENTS shall exercise the powers conferred jointly, with the consent of all other AGENTS.

## NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS AGENT

By acting or agreeing to act as the AGENT (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an AGENT. These responsibilities include:

The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this power of attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the power of attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse under applicable state law. In addition to criminal prosecution, you may also be sued in civil court.

I/We have read the foregoing notice and I/We understand the legal and fiduciary duties that I/We assume by acting or agreeing to act as the AGENT(S) (attorney-in-fact) under the terms of this power of attorney.

_____
AUTOGRAPH OF AGENT

_____
PRINT NAME OF AGENT

_____
DATE

_____
AUTOGRAPH OF AGENT

_____
PRINT NAME OF AGENT

_____
DATE

_____
AUTOGRAPH OF AGENT

_____
PRINT NAME OF AGENT

_____
DATE

    GIVING AND GRANTING unto my said Attorney full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the premises as fully to all intents and purposes as I might or could do if personally present, hereby ratifying all that my said Attorney shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney shall be applicable to all real and personal property or interests therein now owned or hereafter acquired by me and whatever situate.

    My said Attorney is empowered hereby to determine in his/her sole discretion the time when, purpose for and manner in which any power herein conferred upon him/her shall be exercised, and the conditions, provisions and covenants of any instrument or document which may be executed by him/her pursuant hereto; and in the acquisition or disposition of real or personal property, my said Attorney shall have exclusive power to fix the terms thereof for cash, credit and/or property, and if on credit with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

This Power of Attorney signed this _6TH_ day of _March_, _2015_.

_Bryant J. Files_
Principal's Signature
Bryant J. Files

STATE OF CALIFORNIA

COUNTY OF _Kern_

On _March 6, 2015_, before me, _Yvonne M. Shivers_ Notary,

Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under Penalty of Perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Yvonne M. Shivers_
Signature                    (seal)

> YVONNE M. SHIVERS
> NOTARY PUBLIC - CALIFORNIA
> COMMISSION # 2088030
> KERN COUNTY
> My Comm. Exp. November 25, 2018

## OR WITNESSES

We declare under penalty of perjury under the laws of the State of _____ that the person who signed or acknowledged this document is personally known to us (or proved to us on the basis of convincing evidence) to be the principal who signed or acknowledged this power of attorney in our presence.

Executed this _____ day of _____.

_____                    _____
WITNESS AUTOGRAPH                            WITNESS AUTOGRAPH

_____                    _____
ADDRESS                                      ADDRESS

_____                    _____
CITY, STATE AND ZIP                          CITY, STATE AND ZIP

Thumbprint                                   Thumbprint

Page 4 of 4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          )
County of ___Kern___                         )

On _March 6, 2015_ before me, _Yvonne M. Shivers notary_ ,
    *Date*                        *Here Insert Name and Title of the Officer*

personally appeared ___Bryant J. Filer___
                                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> YVONNE M. SHIVERS
> NOTARY PUBLIC - CALIFORNIA
> COMMISSION # 2086030
> KERN COUNTY
> My Comm. Exp. November 25, 2016

Signature _Yvonne M. Shivers_
                    *Signature of Notary Public*

      *Place Notary Seal Above*

━━━━━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Power of Attorney_ Document Date: _none_
Number of Pages: _4_ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Bryant J. Filer_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

## PROOF OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
### (Fed. R. Civ. P.5, 28 U.S.C § 1746)

I, _Bryant Joseph Files_____, declare:

I am over 18 years of age and a party to this action. I am a resident of

_Pelican Bay State_____ Prison, in the County of

_Del Norte_____, State of California.

My prison address is:

_P.O. Box 7500_____

_Crescent City, CA. 95532_____

On _13_ day of _May_____, 20 _16_,

I served the attached document:

_Civil complaint_____

_____

on the parties herein by placing true and correct copies thereof. enclosed in a sealed envelope,

with postage thereon fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined. This envelope was

addressed as follows: _United States District Court_

_Central District, 312 North Spring St._

_Room G-8, Attention Rose clerk (civil)_

_Los Angeles, CA. 90012_

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

EXECUTED ON: _____ day of _____ 20 _____

_____

Signature of Declarant



LEGAL MAIL

LEGAL MAIL

BRYANT J FILER
V17377, A8-217
PELICAN BAY STATE PRISON
PO. BOX 7500
CRESCENT CITY, CA 95532

UNITED STATES DISTRICT
COURT CENTRAL DISTRICT OF
CALIFORNIA
312 NORTH SPRING STREET,
ROOM G-8
ATTENTION: PRO SE CLERK
Los Angeles, CA 90012 (CIVIL)

